IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 14-CR-228 (KBJ)** |
| : | |
| **WASHINGTON GAS** : | |
| **ENERGY SYSTEMS, INC.,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO DISMISS INFORMATION WITH PREJUDICE

1. On November 19, 2014, the United States filed an Information charging Washington Gas Energy Systems, Inc. ("Washington Gas") with one count of Conspiracy to Commit Major Fraud Against the United States. That same day, the United States filed a Deferred Prosecution Agreement ("DPA") it had entered into with Washington Gas. Under the DPA, if Washington Gas met its obligations therein, the United States agreed to seek dismissal of the Information.

2. The United States has reviewed Washington Gas' annual reports and other materials submitted pursuant to the DPA, and has determined that Washington Gas has met its obligations under the DPA.

3. Accordingly, the United States hereby moves the Court for an order dismissing, with prejudice, the Information filed in this case.

By:

CHANNING D. PHILLIPS
United States Attorney
Bar No. 415793

_____
JOHN MARSTON
Bar No. DC - 493012
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5239
Washington, DC 20530
202-252-6886

LISA M. PHELAN
Chief
Washington Criminal I
Antitrust Division:

_____
KEVIN HART
JUSTIN P. MURPHY
Trial Attorneys
Washington Criminal I
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Suite 11300
Washington, D.C. 20530